No. 90–303.   LE BUP THI DAO ET AL. *v.* BOARD OF MEDICAL QUALITY ASSURANCE OF CALIFORNIA ET AL.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 90–304.   CENTENNIAL SCHOOL DISTRICT ET AL. *v.* GREGOIRE ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 90–305.   KRAIN *v.* CALIFORNIA.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 90–311.   BATEMAN EICHLER, HILL RICHARDS, INC., ET AL. *v.* RUOCCO.   C. A. 9th Cir.   Certiorari denied.

No. 90–313.   POLYAK *v.* HULEN ET AL.; and POLYAK *v.* BOSTON ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 90–314.   GRANT *v.* FEDERAL LAND BANK OF JACKSON, LOUISIANA, ET AL.   Ct. App. La., 2d Cir.   Certiorari denied.

No. 90–316.   LINKOUS *v.* JOHNSON, TRUSTEE.   C. A. 5th Cir. Certiorari denied.

No. 90–317.   PRUITT *v.* PPG INDUSTRIES, INC.   C. A. 11th Cir.   Certiorari denied.

No. 90–318.   TINNON ET AL. *v.* BURLINGTON NORTHERN RAILROAD CO.   C. A. 8th Cir.   Certiorari denied.

No. 90–319.   ZAGANO *v.* FORDHAM UNIVERSITY ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 90–320.   PERVIS *v.* STATE FARM FIRE & CASUALTY CO. C. A. 11th Cir.   Certiorari denied.

No. 90–322.   VALLANCE *v.* BREWBAKER.   Cir. Ct. Mich., County of Cheboygan.   Certiorari denied.

No. 90–325.   FREEPORT TRANSPORT, INC. *v.* INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA ET AL.   Sup. Ct. Pa.   Certiorari denied.